(June 11, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRACEY C. INGLESTON, Petitioner, v WALTER FOGG, as Superintendent of Coxsackie Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (see *People ex rel. Frazier v Coombe*, 87 AD2d 904). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.